Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-670

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
August 21, 2025

---

## Title

    **Title of Work:** Entangled

## Completion/Publication

    **Year of Completion:** 2010
    **Date of 1st Publication:** November 22, 2010
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Heather Ann Dutton
    **Author Created:** 2-D artwork
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Heather Ann Dutton
    145 Alfred Road, Kennebunk, ME, 4043, United States

## Rights and Permissions

    **Organization Name:** The Jewel Branding & Licensing, Inc.
    **Name:** Julie Newman
    **Address:** 1117 Antioch Dr. NE
    Brookhaven, GA 30319 United States

## Certification

    **Name:** David Denholm
    **Date:** August 05, 2025
    **Applicant's Tracking Number:** HD2025080501



Case: 1:25-cv-14095 Document #: 1-1 Filed: 11/18/25 Page 3 of 7 PageID #:11

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-633**

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
August 21, 2025



## Title

- **Title of Work:** RV There Yet

## Completion/Publication

- **Year of Completion:** 2018
- **Date of 1st Publication:** September 15, 2018
- **Nation of 1st Publication:** United States

## Author

- **Author:** Heather Ann Dutton
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Heather Ann Dutton
  145 Alfred Road, Kennebunk, ME, 4043, United States

## Rights and Permissions

- **Organization Name:** The Jewel Branding & Licensing, Inc.
- **Name:** Julie Newman
- **Address:** 1117 Antioch Dr. NE
  Brookhaven, GA 30319 United States

## Certification

- **Name:** David Denholm
- **Date:** August 05, 2025
- **Applicant's Tracking Number:** HD2025080502



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-660**

**Effective Date of Registration:**
August 05, 2025
**Registration Decision Date:**
August 21, 2025



## Title

- **Title of Work:** Lost Paradise

## Completion/Publication

- **Year of Completion:** 2019
- **Date of 1st Publication:** May 22, 2019
- **Nation of 1st Publication:** United States

## Author

- **Author:** Heather Ann Dutton
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Heather Ann Dutton
  145 Alfred Road, Kennebunk, ME, 4043, United States

## Rights and Permissions

- **Organization Name:** The Jewel Branding & Licensing, Inc.
- **Name:** Julie Newman
- **Address:** 1117 Antioch Dr. NE
  Brookhaven, GA 30319 United States

## Certification

- **Name:** David Denholm
- **Date:** August 05, 2025
- **Applicant's Tracking Number:** HD2025080504

Page 1 of 2

