**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HEATHER ANN DUTTON,

    Plaintiff,                                                          Case No.: 1:25-cv-14095

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Yukiihan |
| 2 | NiramCloths |
| 3 | XT US STORE |
| 4 | Miriam Design Studio |
| 5 | vivanadaoutfitt |
| 6 | Island-Tech |
| 7 | YuMoNine |
| 8 | mianyangxinshengzhiyikejiyouxiangongsi |
| 9 | XCHMK |
| 10 | Tsbibiboo |
| 11 | kaimaozhiyashangmao |
| 12 | XiXianKeJi |
| 13 | ZMMFSF |
| 14 | huiyushangmaoD |
| 15 | suizhoushihaoweishangmaoyouxiangongsi |
| 16 | Leexiann |
| 17 | YEZYANG |
| 18 | WinZitai |
| 19 | ProLoopCyber |
| 20 | LeQingking |
| 21 | ShowZiCCCreated |
| 22 | YeiSummer |
| 23 | Xinyifu |
| 24 | guchengxianlixianshangmaoshanghang |

| 25 | HEILA Store |
|---|---|
| 26 | QPayOne |
| 27 | zuuzestore |
| 28 | ZeeDeChang |
| 29 | JayLinsen |
| 30 | SIMSAAB |
| 31 | YourFairmont |
| 32 | QianGeTrade |
| 33 | Sonatacly |
| 34 | guchengxianfuyunshangmaoshanghang |
| 35 | Sugoyi |
| 36 | lenikbian |
| 37 | Heevina |
| 38 | MABUTINGTI Summer Womens Tops |
| 39 | RaoChan |
| 40 | JoyZoey |
| 41 | MistyEvening |
| 42 | RuiYuYu |
| 43 | Dianohow |
| 44 | CazeNano |
| 45 | KohonStore |
| 46 | Bbiasn |
| 47 | MINDUO01 |
| 48 | HeFeiLeiXiangShangMaoYouXianGongSi |
| 49 | 贫铭商贸 |
| 50 | 车贤饰内店 |
| 51 | Tie Fa Shi Ye |
| 52 | 义乌市腾劲商贸有限公司 |
| 53 | LianGuangWuZiXiaoShou |
| 54 | huisong Liao |
| 55 | dagoenmgads |
| 56 | US Xu |
| 57 | guangxiyiyangtangwenhuachuanmei |
| 58 | JULMCOMO |
| 59 | EANJE |
| 60 | GIPQJK |
| 61 | SHIMMERR |
| 62 | Zephyrr |

| 63 | MTH Shop |
| 64 | Excellentt |
| 65 | Xshower |
| 66 | Stellar Silhouette |
| 67 | Eclat Fashion |
| 68 | Enchanted Eve |
| 69 | Terukilalo |