IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER ANN DUTTON, | |
| Plaintiff, | Case No.: 1:25-cv-14095 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

### JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff HEATHER ANN DUTTON ("Plaintiff"), filed a Complaint against Defendants No.1 Yukiihan, No.2 NiramCloths, No.20 LeQingking, No.27 zuuzestore, No.41 MistyEvening, No.22 YeiSummer, and No.32 QianGeTrade (collectively, "Defendants") on November 18, 2025. Plaintiff and Defendants have resolved all claims arising out of the allegations in the Complaint, and have agreed to the entry of the proposed Consent Judgment. The parties now move this Honorable Court for the entry of a Consent Judgment Order substantially in the form submitted to Proposed_Order_Tharp@ilnd.uscourts.gov.

DATED: January 6, 2026            Respectfully submitted,

| | |
|---|---|
| */s/ Keith A. Vogt* | */s/ Yizhou Liu* |
| Keith A. Vogt | Yizhou Liu |
| FL Bar No. 1036084 / IL Bar No. 6207971 | (OH 0093842, NDIL admitted) |
| Keith A. Vogt PLLC | bliu@calfee.com |
| 1820 NE 163rd Street, Suite #306 | Calfee, Halter & Griswold LLP |
| North Miami Beach, Florida 33162 | The Calfee Building |
| Telephone: 312-971-6752 | 1405 East Sixth Street |
| Email: keith@vogtip.com | Cleveland, Ohio 44114 |
| | (216) 622-8200 (Telephone) |
| **ATTORNEY FOR PLAINTIFF** | (216) 241-0816 (Facsimile) |
| | **ATTORNEY FOR DEFENDANT** |

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 6, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt