Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HEATHER ANN DUTTON,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-14095

Judge John J. Tharp, Jr.

Magistrate Judge M. David Weisman

### FIRST AMENDED SCHEDULE A

| No. | Defendants |
|---|---|
| 1 | Yukiihan |
| 2 | NiramCloths |
| 3 | XT US STORE |
| 4 | Miriam Design Studio |
| 5 | vivanadaoutfitt |
| 6 | Island-Tech |
| 7 | YuMoNine |
| 8 | mianyangxinshengzhiyikejiyouxiangongsi |
| 9 | XCHMK |
| 10 | Tsbibiboo |
| 11 | kaimaozhiyashangmao |
| 12 | XiXianKeJi |
| 13 | ZMMFSF |
| 14 | huiyushangmaoD |
| 15 | suizhoushihaoweishangmaoyouxiangongsi |
| 16 | Leexiann |
| 17 | YEZYANG |
| 18 | WinZitai |
| 19 | ProLoopCyber |
| 20 | LeQingking |
| 21 | ShowZiCCCreated |
| 22 | YeiSummer |
| 23 | |
| 24 | guchengxianlixianshangmaoshanghang |

| | |
|---|---|
| 25 | HEILA Store |
| 26 | QPayOne |
| 27 | zuuzestore |
| 28 | ZeeDeChang |
| 29 | JayLinsen |
| 30 | SIMSAAB |
| 31 | YourFairmont |
| 32 | QianGeTrade |
| 33 | Sonatacly |
| 34 | guchengxianfuyunshangmaoshanghang |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | RaoChan |
| 40 | JoyZoey |
| 41 | MistyEvening |
| 42 | RuiYuYu |
| 43 | Dianohow |
| 44 | CazeNano |
| 45 | KohonStore |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | JULMCOMO |
| 59 | |
| 60 | |
| 61 | |
| 62 | |

| 63 | MTH Shop |
| 64 | |
| 65 | Xshower |
| 66 | Stellar Silhouette |
| 67 | Eclat Fashion |
| 68 | Enchanted Eve |
| 69 | Terukilalo |