# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HEATHER ANN DUTTON,<br><br>                  Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                  Defendants. | Case No. 25-cv-14095<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge M. David Weisman** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff HEATHER ANN DUTTON ("Dutton" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Dutton having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Dutton having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that Plaintiff has provided a basis to conclude that Defaulting Defendants have sold products bearing unauthorized copies of Dutton's federally registered copyright, which is protected by U.S. Copyright Registration No. VA 2-458-670 (the "Heather Dutton Work").

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Dutton's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Heather Dutton Work or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Heather Dutton product or not authorized by Dutton to be sold in connection with the Heather Dutton Work;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Heather Dutton product or any other product produced by Dutton, that is not Dutton's or not produced under the authorization, control, or supervision of Dutton and approved by Dutton for sale under the Heather Dutton Work;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Dutton, or are sponsored by, approved by, or otherwise connected with Dutton; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Dutton, nor authorized by Dutton to be sold or offered for sale, and which bear any of Dutton's registered copyrights, including the Heather Dutton Work, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and Walmart Inc. ("Walmart") (collectively, the "Third Party Provider"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Heather Dutton Work; and

   b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Heather Dutton Work or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Heather Dutton product or not authorized by Dutton to be sold in connection with the Heather Dutton Work.

3. Upon Dutton's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Heather Dutton Work.

4. Pursuant to 17 U.S.C. § 504 (c)(2), Dutton is awarded statutory damages from each of the Defaulting Defendants in the amount of five thousand dollars ($ 5,000) for willful use of infringing versions of the Heather Dutton Work on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including and Amazon shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu, and Walmart, are hereby released to Dutton as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Temu, and Walmart, are ordered to release to Dutton the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Dutton has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Dutton shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Dutton identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Dutton may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Heather Ann Dutton and any e-mail addresses provided for Defaulting Defendants by third parties.

9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

Date: February 3, 2026

John J. Tharp, Jr.
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Island-Tech |
| 7 | YuMoNine |
| 8 | mianyangxinshengzhiyikejiyouxiangongsi |
| 9 | XCHMK |
| 10 | |
| 11 | kaimaozhiyashangmao |
| 12 | |
| 13 | ZMMFSF |
| 14 | huiyushangmaoD |
| 15 | suizhoushihaoweishangmaoyouxiangongsi |
| 16 | Leexiann |
| 17 | YEZYANG |
| 18 | |
| 19 | ProLoopCyber |
| 20 | |
| 21 | ShowZiCCCreated |
| 22 | |
| 23 | |
| 24 | guchengxianlixianshangmaoshanghang |
| 25 | HEILA Store |
| 26 | QPayOne |
| 27 | |
| 28 | ZeeDeChang |
| 29 | JayLinsen |
| 30 | SIMSAAB |
| 31 | YourFairmont |
| 32 | |
| 33 | Sonatacly |
| 34 | guchengxianfuyunshangmaoshanghang |
| 35 | |
| 36 | |

| # | Name |
|---|---|
| 37 |  |
| 38 |  |
| 39 | RaoChan |
| 40 |  |
| 41 |  |
| 42 | RuiYuYu |
| 43 | Dianohow |
| 44 |  |
| 45 |  |
| 46 |  |
| 47 |  |
| 48 |  |
| 49 |  |
| 50 |  |
| 51 |  |
| 52 |  |
| 53 |  |
| 54 |  |
| 55 |  |
| 56 |  |
| 57 |  |
| 58 |  |
| 59 |  |
| 60 |  |
| 61 |  |
| 62 |  |
| 63 | MTH Shop |
| 64 |  |
| 65 | Xshower |
| 66 | Stellar Silhouette |
| 67 | Eclat Fashion |
| 68 |  |
| 69 | Terukilalo |